**Order entered October 28, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01275-CV

### MITCHELL CURRY, MELINDA DEFELICE AND TAMIRA GRIFFIN, EACH INDIVIDUALLY AS DEFENDANTS, Appellants

### V.

### KALEI MERRILL, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-01827-2019

## ORDER

This appeal, filed as a cross-appeal to an appeal brought by appellee and docketed appellate cause number 05-19-01229-CV, was inadvertently assigned this cause number. By unopposed emergency motion filed October 24, 2019, appellants seek to consolidate the two appeals. We **GRANT** the motion and **CONSOLIDATE** this appeal into the appeal of cause number 05-19-01229-CV. We **DIRECT** the Clerk of the Court to transfer all documents from this appeal into appellate cause number 05-19-01229-CV. For administrative purposes, this appeal is treated as a closed case. The parties shall now use only cause number 05-19-01229-CV when referencing the appeal.

The existing deadline for the filing of appellant's brief in cause number 05-19-01229-CV remains in effect.

/s/     ROBERT D. BURNS, III
          CHIEF JUSTICE